# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| Barbara Tripp, individually and on her own behalf and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Perdue Foods LLC<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-00987-JMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Perdue Foods LLC
c/o The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville Timonium MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Charles Gerstein
Gerstein Harrow LLP
1001 G Street NW, Suite 400 East
Washington, DC 20001
(202) 670-4809
charlie@gerstein-harrow.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/05/2024

*Signature of Clerk or Deputy Clerk*