## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA TRIPP * |   |
| *On Behalf of Herself and* * |   |
| *All Other Similarly Situated Individuals* * |   |
| PLAINTIFF, * |   |
| v. * |   |
| * | Case No.: 1:24-cv-00987 |
| PERDUE FOODS, LLC * |   |
| DEFENDANT. * |   |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **NOTICE OF APPEARANCE OF GREGG C. GREENBERG**

The Clerk of this Court will please enter the appearance of Gregg C. Greenberg, Esq., and the law firm Zipin, Amster & Greenberg, LLC, as additional counsel on behalf of Plaintiff Barbara Tripp and all other similarly situated individuals in the above captioned matter.

Respectfully submitted,

\_\_/s/ Gregg C. Greenberg _____
Gregg C. Greenberg, Bar No. 17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Tel. (240) 428-1053
Fax. (301) 587-9397
GGreenberg@zagfirm.com

*Counsel for Plaintiff*
*And the Collective*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April 2024, Gregg C. Greenberg's Notice of Appearance was served electronically on all counsel of record by and through this Court's ECF System.

\_\_/s/ Gregg C. Greenberg \_\_\_\_\_
Gregg C. Greenberg