IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Barbara Tripp  *

**Plaintiff,**

\*

v.  Case No. 1:24-cv-00987-JMC

\*

Perdue Foods LLC

**Defendant.**  *

## MOTION FOR ADMISSION PRO HAC VICE

I, Robert R. Niccolini, am a member in good standing of the bar of this Court. I am moving the admission of Margaret Santen to appear pro hac vice in this case as counsel for Perdue Foods LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State Bar of South Carolina 11/15/04 | US Northern District of Georgia 5/8/08 |
| State Bar of Georgia 6/22/07 | US Middle District of Georgia 1/13/09 |
| State Bar of North Carolina 3/2/18 | US District of New Mexico 4/4/18 |
| | US Western District of North Carolina 5/19/20 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Robert R. Niccolini
Signature

Robert R. Niccolini 24873
Printed name and bar number

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Office name

1909 K Street, NW, Suite 1000, Washington, DC 20006
Address

202-263-0241
Telephone number

202-887-0866
Fax Number

robert.niccolini@ogletree.com
Email Address

PROPOSED ADMITTEE

[signature]
Signature

Margaret Santen
Printed name

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Office name

191 Peachtree Street, NE, Suite 4800, Atlanta, GA 30303
Address

404-881-1300
Telephone number

404-870-1732
Fax Number

margaret.santen@ogletree.com
Email Address