UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BARBARA TRIPP, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PERDUE FOODS LLC,<br><br>*Defendant.* | Case No.: 1:24-CV-987-JMC |

**[PROPOSED] ORDER**

This matter comes before the Court on the Parties' Joint Motion for Extension of Time and to Amend Briefing Scheduling for Pending Motions. Having considered the Motion and as the Parties jointly consent to the relief requested therein, the Court GRANTS the motion. The Parties are direct to file Responsive Briefing as follows:

| Event | Filing Deadline |
|---|---|
| Defendant's Response to Plaintiff's Motion for Conditional Certification | Four weeks after the court's ruling on Defendant's Motion to Stay, if it is denied. |
| Plaintiff's Response to Defendant's Motion to Dismiss | July 11, 2024 |
| Plaintiff's Response to Defendant's Motion to Stay | July 11, 2024 |
| Defendant's Reply in Support of Its Motion to Dismiss | *August 8, 2024* |
| Defendant's Reply in Support of Its Motion to Stay | *August 8, 2024*[1] |

IT IS SO ORDERED.

---

[1] Perdue seeks a two-week extension for its replies. As such, the dates outlined herein with respect to the deadlines associated with its replies in support of its pending Motions reflect anticipated due dates, with the understanding Perdue's reply briefing will be due four weeks following Plaintiff's filing her Response in Opposition to Defendant's Motion to Dismiss or Transfer and Motion to Stay.

_____          _____
DATE                                    THE HONORABLE J. MARK COULSON
                                        UNITED STATES MAGISTRATE JUDGE