UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| BARBARA TRIPP, individually and on her own behalf and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PERDUE FOODS LLC,<br><br>*Defendant*. | Case No.: 1:24-cv-00987-JMC |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Plaintiff Barbara Tripp, individually and on behalf of all others similarly situated ("Plaintiffs"), by counsel, pursuant to Local Rule 105(6), hereby requests oral argument on Defendant Perdue Foods LLC's ("Perdue") Motion to Dismiss or Transfer (Dkt. 21).

Briefing is now complete, and the motion is ripe for the Court's consideration. Plaintiff believes that oral argument may be helpful to the Court's review of the various issues presented in Perdue's motion.

Perdue, by counsel, has advised Plaintiff that it opposes this request.[1]

Respectfully submitted this August 21, 2024,

/s/ Jamie Crooks
Jamie Crooks (admitted *pro hac vice*)
Michael Lieberman (admitted *pro hac vice*)
FAIRMARK PARTNERS LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001

---

[1] Through counsel, Perdue has represented that, in its view, oral argument is not necessary because it believes "the parties' arguments are set forth in a comprehensive manner in the briefs and the court can and should decide the issue based on the same." Plaintiff respectfully disagrees.

1

(617) 721-3587
jamie@fairmarklaw.com
michael@fairmarklaw.com

Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001
(202) 670-4809
charlie@gerstein-harrow.com

Gregg Cohen Greenberg
Robert W.T. Tucci
ZIPIN, AMSTER AND GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
ggreenberg@zagfirm.com
rtucci@zagfirm.com

*Counsel for Plaintiff and the Proposed Collective*

## CERTIFICATE OF SERVICE

On August 21, 2024, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Robert R. Niccolini, D.MD No. 24873<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>1909 K Street, N.W., Suite 1000<br>Washington, DC 20006<br>Tel: (202) 887-0855<br>Fax: (202) 887-0866<br>Email:<br>robert.niccolini@ogletreedeakins.com | Margaret Santen<br>Kevin P. Hishta<br>Thomas A. Lidbury<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>191 Peachtree St. NE, Suite 4800<br>Atlanta, GA 30303<br>T: 404-881-1300<br>F: 404-870-1732<br>maggie.santen@ogletree.com<br>kevin.hishta@ogletree.com<br>tom.lidbury@ogletree.com |

*Counsel for Defendant*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER, & GREENBERG LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on August 21, 2024, at Silver Spring, Maryland.

*/s/ Jamie Crooks*
Jamie Crooks