IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Barbara Tripp                     *
**Plaintiff,**
                                  *
v.                                         Case No. 1:24-cv-00987
                                  *
Perdue Foods, LLC
**Defendant.**                    *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiff

I certify that I am admitted to practice in this Court.

9/18/2024

Date

Amanda R. Vaughn
Digitally signed by Amanda R. Vaughn
Date: 2024.09.18 07:54:29 -06'00'

Signature

Amanda Vaughn, Bar No. 19184

Printed name and bar number

1001 G Street NW, Suite 400E, Washington, DC 20001

Address

amanda@fairmarklaw.com

Email address

202-417-7111

Telephone number



Fax number