**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| **BARBARA TRIPP, individually and on Her own behalf and on behalf of all others similarly situated,** | )<br>)<br>)<br>) |
| Plaintiff, | )   1:24-CV-987 |
| v. | )<br>) |
| **PERDUE FOODS LLC,** | )<br>) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Defendant, Perdue Foods LLC, by counsel, makes the following disclosure: Perdue Farms Inc. is the parent company of Perdue Foods LLC. Perdue Farms Inc. and its subsidiaries, including Perdue Foods LLC, are all privately owned. There are no publicly held corporations that hold 10 percent or more of Perdue Farms Inc.'s stock.

September 19, 2024                         Respectfully submitted,

                                          PERDUE FOODS, LLC

                                          By: */s/ Robert R. Niccolini*
                                          Robert R. Niccolini, D. Md. No. 24873
                                          OGLETREE, DEAKINS, NASH, SMOAK
                                           & STEWART, P.C.
                                          1909 K. Street, N.W., Suite 1000
                                          Washington, D.C. 20006
                                          T. 202-887-0855
                                          rob.niccolini@olgletree.com

                                          Margaret Santen
                                          Kevin P. Hishta
                                          OGLETREE, DEAKINS, NASH, SMOAK
                                           & STEWART, P.C.
                                          191 Peachtree St. NE, Suite 4800

Atlanta, GA 30303
T: 404-881-1300
maggie.santen@ogletree.com
kevin.hishta@ogletree.com

Thomas A. Lidbury
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
T: 312-558-1230
tom.lidbury@ogletree.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Jamie Crooks<br>Michael Lieberman<br>FAIRMARK PARTNERS, LLP<br>1001 G Street, NW<br>Suite 400 East<br>Washington, DC 20001<br>(617) 721-3587<br>jamie@fairmarklaw.com<br>michael@fairmarklaw.com | Charles Gerstein<br>GERSTEIN HARROW LLP<br>1001 G Street NW<br>Suite 400 East<br>Washington, DC 20001<br>(202) 670-4809<br>charlie@gerstein-harrow.com<br><br>*Counsel for Plaintiff* |

*/s/ Robert R. Niccolini*
Robert R. Niccolini