**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BARBARA TRIPP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:24-cv-00987-JMC |
| | * |
| PERDUE FOODS LLC, | * |
| | * |
| Defendants. | * |
| | * |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for Defendant, Perdue Foods LLC, in the above referenced matter.

November 22, 2024                             Respectfully submitted,

*/s/ Mark J. Swerdlin*
Mark J. Swerdlin (Bar No. 04927)
SHAWE ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, Maryland 21202
Telephone: (410) 752-1040
Facsimilie: (410) 752-8861
swerdlin@shawe.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2024 a copy of the foregoing Entry of Appearance was electronically filed and thereby served upon:

Amanda Rose Vaughn
James Crooks
Michael D. Lieberman
Fairmark Partners LLP
1001 G Street NW, Suite 400e
Washington, DC 20001
amanda@fairmarklaw.com
jamie@fairmarklaw.com
michael@fairmarklaw.com

Charles Gerstein
Gerstein Harrow LLP
810 7th Street NE, Suite 301
Washington, MD 20002
charlie@gerstein-harrow.com

Gregg Cohen Greenberg
Zipin, Amster and Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
ggreenberg@zagfirm.com

*Attorneys for Plaintiff*

*/s/ Mark J. Swerdlin*
Mark J. Swerdlin

#1219232