# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
Northern Division

|  |  |
|---|---|
| BARBARA TRIPP, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> PERDUE FOODS LLC, <br><br> *Defendant.* | Case No.: 1:24-CV-987-JMC |

## JOINT RULE 26(f) REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Plaintiff Barbara Tripp, individually and on behalf of all others allegedly "similarly situated" ("Plaintiffs"), and Defendant Perdue Foods LLC ("Defendant") (Plaintiffs and Defendant are collectively referred to herein as the "Parties") submit this Joint Rule 26(f) Report.

1.    The Parties have conferred to consider the nature and basis of their claims and defenses, the possibilities for settlement or resolution of the case, and the other topics required by Fed. R. Civ. P. 26(f) and 16(b).

2.    **Discovery Plan.** The parties propose to the Court the following discovery plan:

The parties believe that the identity and number of opt-in plaintiffs will affect the parties' views and proposals on the final discovery plan. As such, the parties propose that they provide the Court with a discovery plan within 14 days of the close of the opt-in period and that discovery commence after the filing of the discovery plan with the Court.

3.    **Mediation**. The parties believe they can more effectively explore the possibility of conducting mediation after the opt-in period closes. Accordingly, the parties will explore the

possibility of conducting mediation after the close of the opt-in period.  The parties agree that the parties will meet and confer to determine the identity of the mediator.

4.    **Preliminary Deposition Schedule.**  Preliminarily, the parties agree to the following schedule for depositions: within 30 days after Defendant's production/responses to written discovery.

The parties will update this schedule at reasonable intervals.

5.    **Other items.**

a.    The deadline to request leave to join additional parties or amend pleadings shall be extended to thirty (30) days after the court's ruling on Defendant's motion for decertification.  The parties reserve the right to move to amend their pleadings thereafter if new facts or circumstances are discovered that warrant such amendment. By agreeing to this provision, both parties reserve and do not waive any arguments they may have regarding the propriety of any request for leave and reserve their rights to oppose the same.

b.    The parties do not request a conference with the Court prior to the entry of the Scheduling Order.

c.    The Parties will submit Rule 26(a)(1) disclosures within thirty (30) days from the day the Court enters its Scheduling Order.

d.    The Parties will submit Rule 26(a)(3) disclosures as required by that rule and, in any event, no later than thirty (30) days prior to trial.

e.    Parties agree to file objections under Rule 26(a)(3)(B) within fourteen (14) days after service of the disclosure to which the objection is made.

    f.      The parties cannot predict an approximate length of trial at this time.  A jury trial

has been demanded.

The parties have no other matters to present at this time.


Respectfully submitted, this November 22, 2024:


| | |
|---|---|
| */s/ Gregg C. Greenberg* | */s/  Margaret Santen* |
| Gregg Cohen Greenberg (Bar no:17291) | OGLETREE, DEAKINS, NASH, SMOAK |
| Robert W.T. Tucci |  & STEWART, P.C. |
| ZIPIN, AMSTER & GREENBERG, LLC | |
| 8757 Georgia Avenue, Suite 400 | Margaret Santen, *Pro Hac Pending* |
| Silver Spring, MD 20910 | Kevin P. Hishta, *Pro Hac Pending* |
| (301) 587-9373 | 191 Peachtree St. NE, Suite 4800 |
| ggreenberg@zagfirm.com | Atlanta, GA 30303 |
| rtucci@zagfirm.com | T:  404-881-1300 |
| | maggie.santen@ogletree.com |
| Jamie Crooks (admitted pro hac vice) | kevin.hishta@ogletree.com |
| Michael Lieberman | |
| Amanda R. Vaughn | Mark Swerdlin |
| FAIRMARK PARTNERS LLP | Shawe Rosenthal, LLP |
| 1001 G Street NW | One South Street, Suite 1800 |
| Suite 400 East | Baltimore, Maryland 21202 |
| Washington, DC 20001 | (410) 752-8861 |
| (617) 721-3587 | swerdlin@shawe.com |
| jamie@fairmarklaw.com | |
| michael@fairmarklaw.com | *Counsel for Defendant* |
| amanda@fairmarklaw.com | |
| | |
| Charles Gerstein | |
| GERSTEIN HARROW LLP | |
| 1001 G Street NW | |
| Suite 400 East | |
| Washington, DC 20001 | |
| (202) 670-4809 | |
| charlie@gerstein-harrow.com | |
| | |
| *Counsel for Plaintiffs* | |

4

## CERTIFICATE OF SERVICE

On November 22, 2024, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **JOINT RULE 26(f) REPORT**

on all the appearing and/or interested parties in this action as follows:

Mark Swerdlin
Shawe Rosenthal, LLP
One South Street, Suite 1800
Baltimore, Maryland 21202
(410) 752-8861
swerdlin@shawe.com

Margaret Santen
Kevin P. Hishta
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
T: 404-881-1300
F: 404-870-1732
maggie.santen@ogletree.com
kevin.hishta@ogletree.com

*Counsel for Defendant*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER, & GREENBERG LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

☐ **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed on November 22, 2024, at Silver Spring, Maryland.

_/s/ Gregg C. Greenberg_____
Gregg C. Greenberg

86731408.v1-OGLETREE