UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **Barbara Tripp, individually and on her own behalf and on behalf of all others similarly situated,**<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>**Perdue Foods LLC,**<br><br>　　　　　*Defendant.* | **Civil Action No. 1:24-cv-00987-JMC** |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's November 13, 2024, Order, the Parties hereby submit joint proposed notices to potential members of the conditionally certified collective, attached here as Exhibits 1 (Initial Notice), 2 (Reminder Notice), and 3 (Consent Form), and provide a status report regarding their efforts to agree upon a third-party administrator and timing for dissemination of notices to putative collective action members.

The Parties have obtained estimates from a number of proposed third-party administrators and are currently in the process of reviewing those estimates, conferring on the details and expense of the notice administration, and reviewing references for the various candidates. Through these efforts, the Parties have narrowed consideration to two proposed administrators and require additional time to complete due diligence on these remaining candidates in the hopes of reaching a consensus on the administrator and other details.

Accordingly, the Parties will file a subsequent status report by Wednesday, December 4, 2024, on the outcome of their efforts to agree upon a third-party administrator and anticipated dissemination of notices to putative collective action members.

Respectfully submitted this 25th day November, 2024,

| | |
|---|---|
| */s/ Gregg C. Greenberg* | */s/ Robert R. Niccolini* |
| Gregg Cohen Greenberg (Bar No:17291) | OGLETREE, DEAKINS, NASH, SMOAK |
| Robert W.T. Tucci | & STEWART, P.C. |
| ZIPIN, AMSTER & GREENBERG, LLC | Robert R. Niccolini, D.MD No. 24873 |
| 8757 Georgia Avenue, Suite 400 | 1909 K Street, N.W., Suite 1000 |
| Silver Spring, MD 20910 | Washington, DC  20006 |
| (301) 587-9373 | Tel:  (202) 887-0855 |
| ggreenberg@zagfirm.com | Fax:  (202) 887-0866 |
| rtucci@zagfirm.com | Email:  robert.niccolini@ogletreedeakins.com |
| | |
| Jamie Crooks (*admitted pro hac vice*) | Margaret Santen (*admitted pro hac vice*) |
| Michael Lieberman | Kevin P. Hishta, *Pro Hac Vice Pending* |
| FAIRMARK PARTNERS LLP | 191 Peachtree St. NE, Suite 4800 |
| 1001 G Street NW | Atlanta, GA 30303 |
| Suite 400 East | T:  404-881-1300 |
| Washington, DC 20001 | maggie.santen@ogletree.com |
| (617) 721-3587 | kevin.hishta@ogletree.com |
| jamie@fairmarklaw.com | |
| michael@fairmarklaw.com | Thomas A. Lidbury, *Pro Hac Pending* |
| | 155 N. Wacker Drive, Suite 4300 |
| Charles Gerstein | Chicago, IL  60606 |
| GERSTEIN HARROW LLP | T:  312-558-1230 |
| 1001 G Street NW | tom.lidbury@ogletree.com |
| Suite 400 East | |
| Washington, DC 20001 | *Counsel for Defendant* |
| (202) 670-4809 | |
| charlie@gerstein-harrow.com | |

*Counsel for Plaintiff and the Proposed Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Jamie Crooks<br>Michael Lieberman<br>FAIRMARK PARTNERS, LLP<br>1001 G Street, NW<br>Suite 400 East<br>Washington, DC 20001<br>(617) 721-3587<br>jamie@fairmarklaw.com<br>michael@fairmarklaw.com | Charles Gerstein<br>GERSTEIN HARROW LLP<br>1001 G Street NW<br>Suite 400 East<br>Washington, DC 20001<br>(202) 670-4809<br>charlie@gerstein-harrow.com |
| Gregg Cohen Greenberg (Bar No:17291)<br>Robert W.T. Tucci<br>ZIPIN, AMSTER & GREENBERG, LLC<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910<br>(301) 587-9373<br>ggreenberg@zagfirm.com<br>rtucci@zagfirm.com | |

/s/ Robert R. Niccolini
Robert R. Niccolini