# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BARBARA TRIPP, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>vs.<br><br>PERDUE FOODS LLC,<br><br>*Defendant*. | Case No.: 1:24-cv-00987-JMC |

# COURT AUTHORIZED NOTICE OF COLLECTIVE ACTION

**TO:** [ N A M E ]
[ A D D R E S S ]
[ C I T Y , S T A T E Z I P ]
[EMAIL ADDRESS]

**RE:** **YOUR RIGHT TO JOIN A LAWSUIT SEEKING UNPAID OVERTIME PAY AND MINIMUM WAGE UNDER THE FAIR LABOR STANDARDS ACT.**

## I. INTRODUCTION

The purpose of this notice is to:

1) Inform you that a lawsuit exists that you may join;
2) Advise you of how your rights may be affected by this lawsuit; and
3) Instruct you on the procedure for participating in this lawsuit, should you choose to do so.

## II. DESCRIPTION OF LAWSUIT

A lawsuit has been brought against Perdue Foods LLC ("Defendant" or "Perdue"). Named Plaintiff Barbara Tripp ("Named Plaintiff") alleges that Perdue has violated the Fair Labor Standards Act ("FLSA") by misclassifying its growers as independent contractors, and thus failed to pay growers minimum wages for all hours worked, as well as overtime compensation for hours worked over 40, each work week. Named Plaintiff seeks to recover all minimum and overtime wages due, liquidated damages in an equal amount, reasonable attorneys' fees and costs, and all other legal and equitable relief as the Court deems just and proper. Perdue denies the allegations in the lawsuit and maintains that it properly classified and compensated growers. The Court has

authorized this Notice of your right to opt into the FLSA Collective Action by completing and returning the enclosed Consent to Join. Though the Court has authorized the distribution of this Notice, the Court has not made any rulings on the merits of Named Plaintiff's claims in the Lawsuit and remains neutral.

This Notice is for the sole purpose of determining the identity of those persons who may be entitled to and wish to participate in this lawsuit. The Court has expressed no opinion regarding the merits of the Named Plaintiff's claims or Perdue's defenses, and your claims may be subject to later dismissal, such as if the Court ultimately finds that the claims lack merit or that they cannot be litigated on a collective basis.

Please carefully review this Notice for information regarding the FLSA Collective Action and the opt-in process.

### III. COMPOSITION OF CLASS

Named Plaintiff seeks to sue on behalf of all growers who were classified by Perdue as independent contractors at any time from April 4, 2021, to the present and who timely submit a Consent to Join Form. You have been sent this Notice because Perdue's business records show you were a grower on or after April 4, 2021.

### IV. YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

According to Perdue's business records, you were a grower with Perdue during the relevant time period. Therefore, you may join in the FLSA claims raised in this lawsuit by completing and mailing, faxing, or emailing a signed copy of the enclosed Consent to Join Form to the Collective Action Notice Administrator at the following address:

[**ADDRESS OF THIRD-PARTY ADMINISTRATOR**]

Your Consent to Join form must be submitted or postmarked by no later than [**ninety days from mailing**]. A first class self-addressed and stamped envelope is included for your convenience. You may also submit a Consent to Join form online by visiting [**WEBSITEURL**]. Plaintiff's lawyers will file with the Court all Consent to Join Forms that have been filled out, signed, and postmarked or submitted on or before [**ninety days from mailing**].

If you file a Consent to Join Form, your continued right to participate in the suit may depend upon a later decision by the Court that you are an appropriate participant in accordance with federal law.

### V. EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join the lawsuit, you will be bound by any ruling, judgment or settlement, favorable or unfavorable. If you join this lawsuit, you may be required to participate in the action by providing information, sending copies of documents in your possession to your lawyers, and testifying in a deposition and/or at trial.

If you choose to join this case by filing a Consent ("Opt-in") Form, you will be agreeing to representation by Plaintiff's Counsel. The specific terms and conditions of representation are set forth in Section VIII and in the Consent to Join Form. If you do not join this action, you are free to take action on your own.

If you choose not to join the lawsuit, you will not be bound by any ruling, judgment or settlement entered in the case, favorable or unfavorable. You will not receive a share of any judgment or settlement obtained. If you choose not to join this lawsuit, you will retain any rights you may have under the FLSA.

## VI. STATUTE OF LIMITATIONS

Plaintiff's claims in this action are limited to a two- or three-year statute of limitations. If you choose to join this action, you may be able to recover damages if you were improperly denied compensation only for time worked within the two or three years prior to the date you file your Consent to Join Form. If you choose not to join this action, or choose to bring your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## VII. NO RETALIATION PERMITTED

The law prohibits retaliation against employees or individuals contending that they are/were employees for exercising their rights under the FLSA. Therefore, Perdue is specifically prohibited from terminating you or retaliating against you in any other manner just because you choose to participate in this action.

## VIII. YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join the lawsuit, your interests will be represented by counsel for Plaintiff. Plaintiff's Counsel are:

Jamie Crooks
Michael Lieberman
Amanda Vaughn
FAIRMARK PARTNERS LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001

Charles Gerstein
GERSTEIN HARROW LLP
810 7th Street Ne Suite 301
Washington, MD 20002

Gregg Cohen Greenberg
Robert W.T. Tucci

3

Zipin, Amster and Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910

Plaintiff's attorneys are being paid on a contingency basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class, or fees the Court directs Perdue to pay separately. Any payment of attorneys' fees will require approval of the Court.

Plaintiff's attorneys will advance necessary costs and out-of-pocket disbursements and expenses on your behalf in this litigation. If there is a settlement or judgment, in the event that necessary costs and out-of-pocket disbursements are not approved by the Court to be reimbursed from any such settlement or judgment, or paid by Perdue, you will have no obligation to reimburse Plaintiff's attorneys for such costs.

**IX. FURTHER INFORMATION**

Further information about the lawsuit or this notice may be obtained by contacting the Collective Action Notice Administrator at **[PHONE NUMBER OF THIRD-PARTY ADMINISTRATOR]** or by visiting **[WEBSITEURL]**.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE J. MARK COULSON, UNITED STATES MAGISTRATE JUDGE. THE COURT TAKES NO POSITION REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR PERDUE'S DEFENSES. DO NOT CONTACT THE CLERK OF COURT REGARDING THIS NOTICE.**