# EXHIBIT 2

## **IMPORTANT REMINDER REGARDING COLLECTIVE ACTION OF PERDUE GROWERS**

Within the past forty-five (45) days, you were mailed a Court-authorized Notice explaining that you are eligible to participate in a collective action of claims on behalf of Perdue growers.

**IMPORTANT: Our records indicate that you have not submitted a Consent Form. In order to participate in the collective action, you must complete the Consent Form sent to you with the Court-Authorized Notice and mail, email, or fax it to the following:**

**[ADDRESS, EMAIL, AND FAX NUMBER OF THIRD-PARTY ADMINISTRATOR]**

**You can also complete and submit the Consent Form by visiting [WEBSITE URL].**

**In order to participate in the collective action, your signed Consent Form must be postmarked or submitted via fax, email, or online, no later than [90 DAYS AFTER MAILING OF NOTICE].**

If you have any questions about the Notice or the case, or if you did not receive or no longer have the Notice, you should contact the Collective Action Notice Administrator by calling **[PHONE NUMBER OF THIRD-PARTY ADMINISTRATOR]** or emailing **[EMAIL OF THIRD-PARTY ADMINISTRATOR]**.