# EXHIBIT 3

**United States District Court, District of Maryland**
*Tripp et al. v. Perdue Foods LLC*; **Case No.: 1:24-cv-00987-JMC**

# CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to the Fair Labor Standards Act

1. I consent and agree to pursue my overtime and minimum wage claims arising out my work as a grower for Perdue in connection with the above-referenced lawsuit.

2. I am/was a grower with Perdue. I worked in the following state: _____ from approximately _____ (month, year) to on or about _____ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate FAIRMARK PARTNERS LLP; GERSTEIN HARROW LLP; and ZIPIN, AMSTER AND GREENBERG, LLC ("Plaintiff's Counsel") to represent me for all purposes in this action, and other lawyers they may choose to associate with.

5. I also designate the Named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees, pursuant to the Named Plaintiff's retainer agreement with Plaintiff's Counsel).

Signature: _____

Date: _____

Name: _____

Address: _____

Telephone: _____

E-Mail: _____

**If you wish to join this case, you <u>must</u> sign this form and return it via mail, email, or fax to:**

**[ADDRESS, EMAIL, AND FAX NUMBER OF THIRD-PARTY ADMINISTRATOR]**

**<u>OR</u> by signing a form electronically at: [WEBSITE URL]**

Your signed form must be postmarked or submitted via fax, email, or online, no later than **[90 DAYS AFTER MAILING OF NOTICE]**. If you fail to return your signed form to the Collective Action Notice Administrator on or before the above deadline, you may not be able to participate in this lawsuit.

**Client Information Sheet-**

**TO BE SENT BY CLAIMS ADMINISTRATOR TO ANYONE WHO FILES AN OPT-IN CONSENT IMMEDIATELY THEREAFTER**

*Please Complete – For Attorneys' Records – Will not be filed with the Court*

Name: _____

Address (Street, City/Town, State, Zip Code):

_____

Home Telephone: _____

Cell Phone: _____

Email Address: _____

Dates of Work for Perdue:_____

Location of Farm: _____

Average Hours Worked Per Week: _____