IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Barbara Tripp

**Plaintiff,**

v.

Perdue Foods LLC

**Defendant.**

\*
\*
\*
\*

Case No. 1:24-cv-00987-JMC

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiffs**

I certify that I am admitted to practice in this Court.

11/22/2024
Date

Signature

Robert Tucci #816617
Printed name and bar number

8757 Georgia Avenue, Suite 400 Silver Spring, MD 20910
Address

rtucci@zagfirm.com
Email address

301-587-9373
Telephone number

240-839-9142
Fax number