UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **Barbara Tripp, individually and on her own behalf and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Perdue Foods LLC,**<br><br>*Defendant.* | Civil Action No. 1:24-cv-00987-JMC |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's November 26, 2024, Order, the Parties hereby submit a further joint status report regarding their efforts to agree upon a third-party administrator (TPA). The parties have tentatively agreed on CPT Group as the third-party administrator ("TPA"), subject to final review of CPT Group's various security protocols for the protection of personal data. The parties will so inform the Court once this claims administrator is confirmed.

Pending confirmation of an agreeable TPA and having jointly submitted draft notices, the parties are committed to having the notice distributed as quickly as possible after the Court approves the draft notices and believe it can be done before the Christmas holiday week. However, if, for some reason, it cannot, the parties believe it is in the best interest of the putative class to avoid sending text messages and emails to them during the widely observed holiday. Accordingly, the parties seek the Court's approval to not issue the notice during the week of December 23, 2024, if, despite the parties' best efforts, the TPA is not able to get the notice issued before that time.

1

In addition, while Perdue has gathered cell phone numbers and email addresses for almost all potential members of the proposed collective, Perdue has informed Plaintiff's counsel that there are some potential members for whom Perdue has neither a cell phone number nor an email address.  The parties have agreed, therefore, that CPT Group will perform skip tracing, to the extent possible, prior to issuing notice for this group of potential collective members to attempt to identify additional contact information, including a cell phone number or an email address for each grower. Perdue has also informed Plaintiff's counsel that it does not know if the cell phone numbers and/or email addresses for growers who no longer contract with Perdue are still active.  In order to ensure each member of the proposed collective has a meaningful opportunity to consider whether to opt into this case, therefore, Plaintiff reserves her right to seek the Court's approval for additional methods of notification should CPT Group be unable to identify active phone numbers and email addresses for potential members of the class for whom Perdue does not have information or for whom the notice served via US Mail is returned as undeliverable, and Perdue reserves its right to object to any such request or motion.

| | |
|---|---|
| /s/  Gregg Cohen Greenberg | /s/  Robert R. Niccolini |
| Gregg Cohen Greenberg (Bar no:17291) | OGLETREE, DEAKINS, NASH, SMOAK |
| Robert W.T. Tucci (Bar no: 31356) |  & STEWART, P.C. |
| ZIPIN, AMSTER & GREENBERG, LLC | |
| 8757 Georgia Avenue, Suite 400 | Robert R. Niccolini (Bar No. 24873) |
| Silver Spring, MD 20910 | 1909 K Street NW, Suite 1000 |
| (301) 587-9373 | Washington, D.C. 20006 |
| ggreenberg@zagfirm.com | Tel: (202) 887-0855 |
| rtucci@zagfirm.com | Fax: (202) 887-0866 |
| | robert.niccolini@ogletreedeakins.com |
| Jamie Crooks (admitted pro hac vice) | |
| Michael Lieberman | Margaret Santen (admitted pro hac vice) |
| Amanda R. Vaughn (Bar No. 19184) | Kevin P. Hishta, *Pro Hac Pending* |
| FAIRMARK PARTNERS LLP | 191 Peachtree St. NE, Suite 4800 |
| 1001 G Street NW | Atlanta, GA 30303 |
| Suite 400 East | T:  404-881-1300 |

2

Washington, DC 20001
(617) 721-3587
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com

Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001
(202) 670-4809
charlie@gerstein-harrow.com

*Counsel for Plaintiffs*

maggie.santen@ogletree.com
kevin.hishta@ogletree.com

Charlotte Smith
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
(919) 760-4150
charlotte.smith@ogletree.com

Mark J Swerdlin
SHAWE AND ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, MD 21202
(410) 752-1040
Swerdlin@shawe.com

*Counsel for Defendant*