IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BARBARA TRIPP,** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Case No. 1:24-CV-00987-JMC |
| **PERDUE FOODS, LLC,** | * | |
| *Defendant.* | * | |
| | * | |

\* \* \* \* \* \* \*

## ORDER

Pursuant to the Court's November 26, 2024 Order, (ECF No. 40), the Parties in this matter submitted a Joint Status Report on December 4, 2024 regarding their efforts to agree upon a third-party administrator to effect notice to potential members of the conditionally certified collective. (ECF No. 43). The parties indicate that they have tentatively agreed on CPT Group as the third-party administrator, "subject to final review of CPT Group's various security protocols for the protection of personal data." *Id.* Additionally, the parties jointly submitted proposed notices to potential members of the conditionally certified collective to their November 25, 2024 Status Report. (ECF No. 38). Having reviewed the parties' Joint Status Reports and attached proposed notices, it is hereby ORDERED that:

1. The parties are to notify the Court when they have confirmed the third-party administrator and jointly submit a Proposed Order for the Court's appointment of the third-party administrator; and

2. If the parties have not confirmed a third-party administrator by December 20, 2024, the parties shall jointly file a status report regarding their progress; and

3. If, despite best efforts, the third-party administrator is not able to issue notice prior to the week of December 23, 2024, notice may be issued after the Christmas holiday week; and

4. The Court approves, as to form and content, the notices submitted with the parties' November 25, 2024 Joint Status Report. (ECF No. 38).

Dated: December 5, 2024

/s/
J. Mark Coulson
United States Magistrate Judge