UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **Barbara Tripp, individually and on her own behalf and on behalf of all others similarly situated,**<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>**Perdue Foods LLC,**<br><br>　　　　*Defendant.* | **Civil Action No. 1:24-cv-00987-JMC** |

**PARTIES' JOINT NOTICE REGARDING SELECTION OF THIRD-PARTY ADMINISTRATOR**

The Parties hereby notify the Court the Parties have selected and agreed upon CPT Group, Inc. to serve as the third-party administrator responsible for issuing notice to FLSA collective members pursuant to the Court's November 13, 2024, Order granting in part and denying in part Plaintiff's Motion for Conditional Certification and the Court's December 5, 2024, Order approving the Parties' proposed Initial Notice (Doc. 38-1), Reminder Notice (Doc. 38-2), and Consent Form (Doc. 38-3). A proposed Order is attached hereto.

Respectfully submitted this December 7, 2024.

| | |
|---|---|
| */s/ Gregg Cohen Greenberg*<br>Gregg Cohen Greenberg (Bar no:17291)<br>Robert W.T. Tucci (Bar no: 31356)<br>Zipin, Amster & Greenberg, LLC<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910<br>(301) 587-9373<br>ggreenberg@zagfirm.com<br>rtucci@zagfirm.com | */s/ Robert R. Niccolini*<br>Ogletree, Deakins, Nash, Smoak<br>　& Stewart, P.C.<br>Robert R. Niccolini (Bar No. 24873)<br>1909 K Street NW, Suite 1000<br>Washington, D.C. 20006<br>Tel: (202) 887-0855<br>Fax: (202) 887-0866<br>robert.niccolini@ogletreedeakins.com |

Jamie Crooks (admitted pro hac vice)
Michael Lieberman
Amanda R. Vaughn
FAIRMARK PARTNERS LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001
(617) 721-3587
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com

Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001
(202) 670-4809
charlie@gerstein-harrow.com

*Counsel for Plaintiffs*

Margaret Santen (admitted pro hac vice)
Kevin P. Hishta, *Pro Hac Pending*
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
T:  404-881-1300
maggie.santen@ogletree.com
kevin.hishta@ogletree.com

Charlotte Smith
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
(919) 760-4150
charlotte.smith@ogletree.com

Mark J Swerdlin
SHAWE AND ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, MD 21202
(410) 752-1040
Swerdlin@shawe.com

*Counsel for Defendant*