UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BARBARA TRIPP, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PERDUE FOODS LLC,<br><br>*Defendant.* | Case No.: 1:24-CV-987-JMC |

**[PROPOSED] ORDER**

The Court appoints and designates CPT Group, Inc. as the third-party administrator responsible for issuing Notice of Lawsuit to FLSA collective members, consistent with the Court's November 13, 2024, Order granting in part and denying in part Plaintiff's Motion for Conditional Certification and the Court's December 5, 2024, Order approving the Parties' proposed Initial Notice (Doc. 38-1), Reminder Notice (Doc. 38-2), and Consent Form (Doc. 38-3).

IT IS SO ORDERED.

_____            _____
DATE                                                                  THE HONORABLE J. MARK COULSON
                                                                            UNITED STATES MAGISTRATE JUDGE