UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

BARBARA TRIPP, individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

PERDUE FOODS LLC,

    *Defendant.*

Case No.: 1:24-CV-987-JMC

## ORDER

The Court appoints and designates CPT Group, Inc. as the third-party administrator responsible for issuing Notice of Lawsuit to FLSA collective members, consistent with the Court's November 13, 2024, Order granting in part and denying in part Plaintiff's Motion for Conditional Certification and the Court's December 5, 2024, Order approving the Parties' proposed Initial Notice (Doc. 38-1), Reminder Notice (Doc. 38-2), and Consent Form (Doc. 38-3).

IT IS SO ORDERED.

    December 9, 2024
DATE

    /s/
THE HONORABLE J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE

**APPROVED**