**United States District Court, District of Maryland**
*Tripp et al. v. Perdue Foods LLC*; Case No.: 1:24-cv-00987-JMC

# CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to the Fair Labor Standards Act

1. I consent and agree to pursue my overtime and minimum wage claims arising out my work as a grower for Perdue in connection with the above-referenced lawsuit.

2. I am/was a grower with Perdue. I worked in the following state: __NC__ from approximately __7/1/1997 12:00__ (month, year) to on or about __4/1/2023 12:00:00__ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate FAIRMARK PARTNERS LLP; GERSTEIN HARROW LLP; and ZIPIN, AMSTER AND GREENBERG, LLC ("Plaintiff's Counsel") to represent me for all purposes in this action, and other lawyers they may choose to associate with.

5. I also designate the Named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees, pursuant to the Named Plaintiff's retainer agreement with Plaintiff's Counsel).

*Signature: *Jerry cornwell*

*Date: 01/03/2025 09:41:54

*Name: JERRY CORNWELL

*Address: [redacted]

*Telephone: [redacted]

*E-Mail: [redacted]

*Required Fields

Your signed form must be postmarked or submitted via fax, email, or online, no later than **March 31, 2025**. If you fail to return your signed form to the Collective Action Notice Administrator on or before the above deadline, you may not be able to participate in this lawsuit.