**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| BARBARA TRIPP, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br><br> v. <br><br> PERDUE FOODS LLC, <br><br> *Defendant*. | <br><br><br><br><br><br> Case No.: 1:24-cv-00987-JMC |

## NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs hereby file two (2) Consents to Join Collective Action in the above-captioned

action, for the following:

1. Robert Huggins
2. Dennis Bradford

Respectfully submitted this January 23, 2025,

/s/ Robert W.T. Tucci
Gregg Cohen Greenberg (Bar no:17291)
Robert W.T. Tucci (Bar no: 31356)
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
ggreenberg@zagfirm.com
rtucci@zagfirm.com

Jamie Crooks (admitted pro hac vice)
Michael Lieberman
Amanda R. Vaughn
FAIRMARK PARTNERS LLP
1001 G Street NW

Suite 400 East
Washington, DC 20001
(617) 721-3587
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com

Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW
Suite 400 East
Washington, DC 20001
(202) 670-4809
charlie@gerstein-harrow.com

*Counsel for Plaintiff*

On January 23, 2025, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**

on all the appearing and/or interested parties in this action as follows:

Robert R. Niccolini (Bar No. 24873)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1909 K Street NW, Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
robert.niccolini@ogletreedeakins.com

Margaret Santen (admitted pro hac vice)
Kevin P. Hishta, *Pro Hac Pending*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
T:  404-881-1300
maggie.santen@ogletree.com
kevin.hishta@ogletree.com

Charlotte Smith
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
(919) 760-4150
charlotte.smith@ogletree.com

Mark J Swerdlin
SHAWE AND ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, MD 21202
(410) 752-1040
Swerdlin@shawe.com

*Counsel for Defendant*

☐    **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Zipin, Amster & Greenberg, LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed on January 23, 2025, at Silver Spring, Maryland.

*/s/ Robert Tucci*
Robert Tucci