## United States District Court, District of Maryland
*Tripp et al. v. Perdue Foods LLC*; Case No.: 1:24-cv-00987-JMC


RECEIVED JAN 29 2025

# CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to the Fair Labor Standards Act

1. I consent and agree to pursue my overtime and minimum wage claims arising out my work as a grower for Perdue in connection with the above-referenced lawsuit.

2. I am/was a grower with Perdue. I worked in the following state: __Maryland__ from approximately __09/82__ (month, year) to on or about __01/25 - Curr__ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate FAIRMARK PARTNERS LLP; GERSTEIN HARROW LLP; and ZIPIN, AMSTER AND GREENBERG, LLC ("Plaintiff's Counsel") to represent me for all purposes in this action, and other lawyers they may choose to associate with.

5. I also designate the Named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees, pursuant to the Named Plaintiff's retainer agreement with Plaintiff's Counsel).

Signature: _Sarah Chisholm_

Date: _1-17-25_

Name: _Sarah T. Chisholm_

Address: [redacted]

Telephone: [redacted]

E-Mail: [redacted]

If you wish to join this case, you **must** sign this form and return it via mail, email, or fax to:

**Tripp v. Perdue Foods LLC**
**c/o CPT Group, Inc.**
**50 Corporate Park**
**Irvine, CA 92606**
**Fax: 1-949-419-3446**
Email: TrippVPerdueFoods@cptgroup.com

Tripp v. Perdue Foods LLC
CaseNo:1:24-cv-00987-JMC
Number    7

**OR** by signing a form electronically at: www.TrippVPerdueFoods.com

Your signed form must be postmarked or submitted via fax, email, or online, no later than **April 3, 2025**. If you fail to return your signed form to the Collective Action Notice Administrator on or before the above deadline, you may not be able to participate in this lawsuit.