United States District Court, District of Maryland
*Tripp et al. v. Perdue Foods LLC*; Case No.: 1:24-cv-00987-JMC

# CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to the Fair Labor Standards Act

1. I consent and agree to pursue my overtime and minimum wage claims arising out my work as a grower for Perdue in connection with the above-referenced lawsuit.

2. I am/was a grower with Perdue. I worked in the following state: __GEORGIA__ from approximately __1-2000__ (month, year) to on or about __1-2023__ (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate FAIRMARK PARTNERS LLP; GERSTEIN HARROW LLP; and ZIPIN, AMSTER AND GREENBERG, LLC ("Plaintiff's Counsel") to represent me for all purposes in this action, and other lawyers they may choose to associate with.

5. I also designate the Named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees, pursuant to the Named Plaintiff's retainer agreement with Plaintiff's Counsel).

Signature: _[signed]_

Date: 1-13-25

Name: Charles Skipper

Address: [redacted]

Telephone: [redacted]

E-Mail: [redacted]

RECEIVED JAN 24 2025

If you wish to join this case, you **must** sign this form and return it via mail, email, or fax to:

Tripp v. Perdue Foods LLC
c/o CPT Group, Inc.
50 Corporate Park
Irvine, CA 92606
Fax: 1-949-419-3446
Email: TrippVPerdueFoods@cptgroup.com

**OR** by signing a form electronically at: www.Tr  Tripp v. Perdue Foods LLC

Your signed form must be postmarked or submitted via fax, email, or o  CaseNo:1:24-cv-00987-JMC    fail to
return your signed form to the Collective Action Notice Administrator o                                  iot be
able to participate in this lawsuit.
                                                                          Number                 6


