UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Barbara Tripp, on her own behalf and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Perdue Foods, LLC,<br><br>*Defendants*. | 2024-CV-987 |

### REQUEST FOR LEAVE TO WITHDRAW BY ATTORNEY CHARLES GERSTEIN FOR PLAINTIFF

Pursuant to Local Rule 101-2 of the United States District Court for the District of Maryland, attorney Charles Lewis Gerstein hereby respectfully requests leave of Court to withdraw from representing Plaintiff Barabara Tripp in this matter. Tripp is ably represented by other counsel who have entered appearances in this matter.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
202-670-4809