# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **BARBARA TRIPP,** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Case No. 1:24-CV-00987-JMC |
| **PERDUE FOODS, LLC,** | * | |
| *Defendant.* | * | |
| | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Leave to Withdraw the appearance of Charles Gerstein as counsel for Plaintiff Barbara Tripp, (ECF No. 55), it is this 11th day of March, 2025, hereby ORDERED that the motion is GRANTED.

Dated: March 11, 2025

/s/
_____
J. Mark Coulson
United States Magistrate Judge