IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| BARBARA TRIPP, individually and on her own behalf and on behalf of all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>PERDUE FOODS LLC,<br><br>　　　　*Defendant.* | Civil Action No. 1:24-cv-00987-JMC |

## DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF AND TO STRIKE THE CONSENT FORMS OF OPT-IN PLAINTIFFS WITH TIME-BARRED CLAIMS OR, ALTERANTIVELY, DISMISS THEIR CLAIMS

Defendant Perdue Foods, LLC ("Perdue"), by and through undersigned counsel, respectfully moves this Court to strike the Consent to Join Suit Forms (the "Consents") of the following Opt-in Plaintiffs pursuant to Rule 12(f) or, alternatively, to dismiss their claims pursuant to Federal Rules 21 and 41(b), or, in the alternative, pursuant to this Court's inherent discretion, as set forth in the accompanying Memorandum in Support, which is incorporated herein by reference.

Accordingly, Perdue respectfully requests the Court strike the Consents filed by Opt-in Plaintiffs Calloway, Sanderlin, Moore, Farrow, Madeiros, Cherput, and Lancaster and/or dismiss their claims as time barred or otherwise exclude these Opt-in Plaintiffs from being subject to responding to individualized discovery.

Date:  May 20, 2025　　　　　　　　　　　　　　Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ _____
Robert R. Niccolini (Bar No. 24873)
1909 K Street NW, Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
robert.niccolini@ogletree.com

Margaret Santen (admitted pro hac vice)
Kevin P. Hishta, Pro Hac Pending
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Tel: (404) 881-1300
maggie.santen@ogletree.com
kevin.hishta@ogletree.com

Charlotte Smith
8529 Six Forks Road, Suite 600
Raleigh, NC 27615
Tel: (919) 760-4150
charlotte.smith@ogletree.com

Mark J. Swerdlin (Bar No. 04927)
One South Street, Suite 1800
Baltimore, MD 21202
Tel: (410) 752-1040
mark.swerdlin@ogletree.com

*Counsel for Defendant*