IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

BARBARA TRIPP, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

PERDUE FOODS LLC,

*Defendant.*

Case No.: 1:24-CV-987-JMC

## PROPOSED ORDER

**AND NOW**, this ___ day of _____, 2025, the Court having considered Defendant's Motion for Miscellaneous Relief and to Strike the Consent Forms of Opt-in Plaintiffs with Time-Barred Claims Or, Alternatively, Dismiss Their Claims, and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**, and it is further ORDERED that the Consent to Join Suit Forms filed by the following Opt-in Plaintiffs be stricken from the record and each of the following Opt-in Plaintiffs' claims be dismissed with prejudice as their claims are time-barred:

1. Denise Calloway (ECF No. 53-1)
2. Ro Cherput (ECF No. 54-11)
3. Richard Farrow (ECF No. 53-7)
4. William Lancaster (ECF No. 54-1)
5. Timothy Madeiros (ECF No. 53-9, 61-1, 57-1)
6. Irma Moore (ECF No. 53-4)
7. Fonda Sanderlin/Paul Truman (ECF No. 53-2, 65-1)

**IT IS SO ORDERED**.

_____  
DATE:

_____  
THE HONORABLE J. MARK COULSON  
UNITED STATES MAGISTRATE JUDGE