BARBARA TRIPP, individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

PERDUE FOODS LLC,

    *Defendant.*

Case No.: 1:24-CV-987-JMC

## DECLARATION OF CHRISTINA BURKE

I, Christina Burke, hereby declare and state under penalty of perjury as follows:

1. I am over the age of eighteen years and am competent to testify regarding the facts detailed herein.

2. I am not a party to the above-entitled matter and provide the following testimony without remuneration for the same.

3. I have worked at Perdue Foods LLC ("Perdue") since 2001. I am currently the Director of Live Accounting for Perdue and have been in this position since November 30, 2020. In this position, I am generally responsible for leading the accounting team responsible for accurate costing of Perdue's feed mills, hatcheries and flocks in the field. I am also responsible for leading the team that sets up master data associated with new farmers and flocks and payments to Perdue's contract growers. Additionally, it is my responsibility to maintain an effective system of internal controls to ensure that proper controls are in place for inventories, expenditures, balance sheet accounts, journal entries and live production reporting. Prior to this position, I worked for Perdue in the positions of Logistics Senior Cost Accountant for approximately 4 years, Logistics Accounting Supervisor for approximately 1 year, Accounts Payable Supervisor for approximately

2 years, Breeder Accounting Manager for approximately 3 years, Broiler Accounting Manager for approximately 3 years, General Ledger Manager for approximately 3 years and MTech Project Lead for approximately 3 years.

4. In connection with my position and given my experience with Perdue in my current position and previous positions, I have personal knowledge of the nature of Perdue's business and relationship with its growers.

5. As part of my duties in my current position, I have access to a database we refer to as our M-Tech Database, which is where we store all data regarding growers we contract with, where their farms are located, their contract dates, the dates a grower received a new flock of birds, and the dates on which they sold flocks to Perdue. The last date on which a flock is sold would be the best indicator of the last date on which a grower provided services to Perdue, until the next placement date of another flock.

6. The accounting department at Perdue's corporate offices has access to all master data regarding farmer operations that is inputted into M-Tech at the local level, and I can access the M-Tech Database with this additional information as well.

7. Based on information provided by the accounting department, the accounting department went into the M-Tech database and pulled the "Active Farmers" by year for the time period of 2021 to the present. I have reviewed and analyzed reports provided by the accounting team, which document the first date of placement of a flock and the date the last flock was sold by the grower to Perdue.

8. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from Denise Calloway to Perdue occurred on August 21, 2019. The records also confirm that since that date, Calloway has not received a subsequent flock for which she

2

would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 1.

9. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from Fonda Sanderlin to Perdue occurred on May 6, 2021. The records also confirm that since that date, Sanderlin has not received a subsequent flock for which she would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 2.

10. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from Irma Moore to Perdue occurred on July 21, 2021. The records also confirm that since that date, Moore has not received a subsequent flock for which she would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 3.

11. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from Richard Farrow to Perdue occurred on August 4, 2021. The records also confirm that since that date, Farrow has not received a subsequent flock for which he would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 4.

12. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from Timothy Madeiros to Perdue occurred on May 25, 2021. The records also confirm that since that date, Madeiros has not received a subsequent flock for which he would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 5.

13. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from William Lancaster to Perdue occurred on August 27, 2021. The

records also confirm that since that date, Lancaster has not received a subsequent flock for which he would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 6.

14. Based on the information provided, the M-Tech system confirmed the last date of contracted for services from Ro Zama Cherput to Perdue occurred on February 24, 2022. The records also confirm that since that date, Cherput has not received a subsequent flock for which he would provide grower services. A true and accurate copy of these records is attached hereto as Attachment 7.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge and, if called as a witness, I could and would testify truthfully thereto.

Dated  May 19 , 2025

_____
Christina Burke

**ATTACHMENT 1**

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| = | abc | abc 3884 | abc | abc | = | = | = | abc | abc | abc f | abc | = | abc |
| Closed | 3884-1 | 3884 | 1 | CLAYTON & DENISE CALLOWAY ... | 9/29/2016 | 11/18/2016 | 11/18/2016 00:00:00 | 365 | 90118201 | F | | 11/18/2016 00:00:00 | BR04 ... |
| Closed | 3884-2 | 3884 | 2 | CLAYTON & DENISE CALLOWAY ... | 12/5/2016 | 1/24/2017 | 1/24/2017 00:00:00 | 365 | 90118201 | F | | 1/24/2017 00:00:00 | BR04 ... |
| Closed | 3884-3 | 3884 | 3 | CLAYTON & DENISE CALLOWAY ... | 2/14/2017 | 4/7/2017 | 4/7/2017 00:00:00 | 390 | 90118201 | F | | 4/7/2017 00:00:00 | BR04 ... |
| Closed | 3884-4 | 3884 | 4 | CLAYTON & DENISE CALLOWAY ... | 4/21/2017 | 6/12/2017 | 6/12/2017 00:00:00 | 390 | 90118201 | F | | 6/12/2017 00:00:00 | BR04 ... |
| Closed | 3884-5 | 3884 | 5 | CLAYTON & DENISE CALLOWAY ... | 6/30/2017 | 8/22/2017 | 8/22/2017 00:00:00 | 390 | 90118201 | F | | 8/22/2017 00:00:00 | BR04 ... |
| Closed | 3884-6 | 3884 | 6 | CLAYTON & DENISE CALLOWAY ... | 9/22/2017 | 11/9/2017 | 11/9/2017 00:00:00 | 390 | 90118201 | F | | 11/9/2017 00:00:00 | BR04 ... |
| Closed | 3884-7 | 3884 | 7 | CLAYTON & DENISE CALLOWAY ... | 12/1/2017 | 1/23/2018 | 1/23/2018 00:00:00 | 365 | 90118201 | F | | 1/23/2018 00:00:00 | BR04 ... |
| Closed | 3884-8 | 3884 | 8 | CLAYTON & DENISE CALLOWAY ... | 2/13/2018 | 4/5/2018 | 4/5/2018 00:00:00 | 365 | 90118201 | F | | 4/5/2018 00:00:00 | BR04 ... |
| Closed | 3884-9 | 3884 | 9 | CLAYTON & DENISE CALLOWAY ... | 4/23/2018 | 6/13/2018 | 6/13/2018 00:00:00 | 390 | 90118201 | F | | 6/13/2018 00:00:00 | BR04 ... |
| Closed | 3884-10 | 3884 | 10 | CLAYTON & DENISE CALLOWAY ... | 6/29/2018 | 8/20/2018 | 8/20/2018 00:00:00 | 390 | 90118201 | F | | 8/20/2018 00:00:00 | BR04 ... |
| Closed | 3884-11 | 3884 | 11 | CLAYTON & DENISE CALLOWAY ... | 9/10/2018 | 10/30/2018 | 10/31/2018 00:00:00 | 390 | 90118201 | F | | 10/30/2018 00:00:00 | BR04 ... |
| Closed | 3884-12 | 3884 | 12 | CLAYTON & DENISE CALLOWAY ... | 11/23/2018 | 1/14/2019 | 1/14/2019 00:00:00 | 390 | 90118201 | F | | 1/14/2019 00:00:00 | BR04 ... |
| Closed | 3884-13 | 3884 | 13 | CLAYTON & DENISE CALLOWAY ... | 2/4/2019 | 3/28/2019 | 3/28/2019 00:00:00 | 390 | 90118201 | F | | 3/28/2019 00:00:00 | BR04 ... |
| Closed | 3884-14 | 3884 | 14 | CLAYTON & DENISE CALLOWAY ... | 4/19/2019 | 5/29/2019 | 5/30/2019 00:00:00 | 095 | 90118201 | F | | 5/29/2019 00:00:00 | BR04 ... |
| Closed | 3884-15 | 3884 | 15 | CLAYTON & DENISE CALLOWAY ... | 7/1/2019 | 8/21/2019 | 8/22/2019 00:00:00 | 390 | 90118201 | F | 1148 ... | 8/21/2019 00:00:00 | BR04 ... |

Contains([GRN], 'f') And Contains([Farm No], '3884')

ATTACHMENT 2

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 4396-155 | 4396 | 155 | SANDERLIN, TRUMAN | 12/30/2014 | 2/18/2015 | 2/18/2015 00:00:00 | BROILER | 90138201 | F | | 2/18/2015 00:00:00 | CO03 |
| Closed | 4396-156 | 4396 | 156 | SANDERLIN, TRUMAN | 3/2/2015 | 4/20/2015 | 4/20/2015 00:00:00 | BROILER | 90138201 | F | | 4/20/2015 00:00:00 | CO03 |
| Closed | 4396-162 | 4396 | 162 | SANDERLIN, TRUMAN | 2/25/2016 | 4/14/2016 | 4/14/2016 00:00:00 | 344 | 90138201 | F | | 4/14/2016 00:00:00 | CO03 |
| Closed | 4396-163 | 4396 | 163 | SANDERLIN, TRUMAN | 4/28/2016 | 6/17/2016 | 6/17/2016 00:00:00 | 344 | 90138201 | F | | 6/17/2016 00:00:00 | CO03 |
| Closed | 4396-164 | 4396 | 164 | SANDERLIN, TRUMAN | 6/30/2016 | 8/18/2016 | 8/19/2016 00:00:00 | 344 | 90138201 | F | | 8/18/2016 00:00:00 | CO03 |
| Closed | 4396-165 | 4396 | 165 | SANDERLIN, TRUMAN | 9/5/2016 | 10/24/2016 | 10/25/2016 00:00:00 | 344 | 90138201 | F | | 10/24/2016 00:00:00 | CO03 |
| Closed | 4396-166 | 4396 | 166 | SANDERLIN, TRUMAN | 11/14/2016 | 1/2/2017 | 1/3/2017 00:00:00 | 344 | 90138201 | F | | 1/2/2017 00:00:00 | CO03 |
| Closed | 4396-167 | 4396 | 167 | SANDERLIN, TRUMAN | 1/19/2017 | 3/9/2017 | 3/9/2017 00:00:00 | 344 | 90138201 | F | | 3/9/2017 00:00:00 | CO03 |
| Closed | 4396-168 | 4396 | 168 | SANDERLIN, TRUMAN | 3/30/2017 | 5/18/2017 | 5/18/2017 00:00:00 | 344 | 90138201 | F | | 5/18/2017 00:00:00 | CO03 |
| Closed | 4396-169 | 4396 | 169 | SANDERLIN, TRUMAN | 6/2/2017 | 7/20/2017 | 7/20/2017 00:00:00 | 344 | 90138201 | F | | 7/20/2017 00:00:00 | CO03 |
| Closed | 4396-170 | 4396 | 170 | SANDERLIN, TRUMAN | 8/4/2017 | 9/21/2017 | 9/21/2017 00:00:00 | 344 | 90138201 | F | | 9/21/2017 00:00:00 | CO03 |
| Closed | 4396-171 | 4396 | 171 | SANDERLIN, TRUMAN | 10/13/2017 | 11/30/2017 | 11/30/2017 00:00:00 | 344 | 90138201 | F | | 11/30/2017 00:00:00 | CO03 |
| Closed | 4396-172 | 4396 | 172 | SANDERLIN, TRUMAN | 12/22/2017 | 2/9/2018 | 2/9/2018 00:00:00 | 344 | 90138201 | F | | 2/9/2018 00:00:00 | CO03 |
| Closed | 4396-173 | 4396 | 173 | SANDERLIN, TRUMAN | 3/15/2018 | 5/2/2018 | 5/2/2018 00:00:00 | 344 | 90138201 | F | | 5/2/2018 00:00:00 | CO03 |
| Closed | 4396-174 | 4396 | 174 | SANDERLIN, TRUMAN | 5/17/2018 | 7/3/2018 | 7/3/2018 00:00:00 | 344 | 90138201 | F | | 7/3/2018 00:00:00 | CO03 |
| Closed | 4396-175 | 4396 | 175 | SANDERLIN, TRUMAN | 7/19/2018 | 9/7/2018 | 9/8/2018 00:00:00 | 344 | 90138201 | F | | 9/7/2018 00:00:00 | CO03 |
| Closed | 4396-176 | 4396 | 176 | SANDERLIN, TRUMAN | 10/30/2018 | 12/14/2018 | 12/14/2018 00:00:00 | 344 | 90138201 | F | | 12/14/2018 00:00:00 | CO03 |
| Closed | 4396-177 | 4396 | 177 | SANDERLIN, TRUMAN | 1/7/2019 | 2/22/2019 | 2/22/2019 00:00:00 | 344 | 90138201 | F | | 2/22/2019 00:00:00 | CO03 |
| Closed | 4396-178 | 4396 | 178 | SANDERLIN, TRUMAN | 3/11/2019 | 4/26/2019 | 4/26/2019 00:00:00 | 344 | 90138201 | F | | 4/26/2019 00:00:00 | CO03 |
| Closed | 4396-179 | 4396 | 179 | SANDERLIN, TRUMAN | 5/16/2019 | 7/2/2019 | 7/2/2019 00:00:00 | 344 | 90138201 | F | | 7/2/2019 00:00:00 | CO03 |
| Closed | 4396-180 | 4396 | 180 | SANDERLIN, TRUMAN | 7/23/2019 | 9/9/2019 | 9/10/2019 00:00:00 | 344 | 90138201 | F | 876 | 9/9/2019 00:00:00 | CO03 |
| Closed | 4396-181 | 4396 | 181 | SANDERLIN, TRUMAN | 10/10/2019 | 11/26/2019 | 11/26/2019 00:00:00 | 344 | 90138201 | F | 876 | 11/26/2019 00:00:00 | CO03 |
| Closed | 4396-182 | 4396 | 182 | SANDERLIN, TRUMAN | 12/23/2019 | 2/6/2020 | 2/6/2020 00:00:00 | 344 | 90138201 | F | 876 | 2/6/2020 00:00:00 | CO03 |
| Closed | 4396-183 | 4396 | 183 | SANDERLIN, TRUMAN | 2/24/2020 | 4/8/2020 | 4/8/2020 00:00:00 | 344 | 90138201 | F | 1170 | 4/8/2020 00:00:00 | CO03 |
| Closed | 4396-184 | 4396 | 184 | SANDERLIN, TRUMAN | 5/11/2020 | 6/27/2020 | 6/27/2020 00:00:00 | 344 | 90138201 | F | 1170 | 6/27/2020 00:00:00 | CO03 |
| Closed | 4396-185 | 4396 | 185 | SANDERLIN, TRUMAN | 7/21/2020 | 9/4/2020 | 9/4/2020 00:00:00 | 344 | 90138201 | F | 1170 | 9/4/2020 00:00:00 | CO03 |
| Closed | 4396-186 | 4396 | 186 | SANDERLIN, TRUMAN | 10/6/2020 | 11/24/2020 | 11/24/2020 00:00:00 | 344 | 90138201 | F | 1170 | 11/24/2020 00:00:00 | CO03 |
| Closed | 4396-187 | 4396 | 187 | SANDERLIN, TRUMAN | 12/31/2020 | 2/16/2021 | 2/16/2021 00:00:00 | 344 | 90138201 | F | 1170 | 2/16/2021 00:00:00 | CO03 |
| Closed | 4396-188 | 4396 | 188 | SANDERLIN, TRUMAN | 3/16/2021 | 5/6/2021 | 5/6/2021 00:00:00 | 344 | 90138201 | F | 1170 | 5/6/2021 00:00:00 | CO03 |

Contains([GRN], 'f') And Contains([Farm No], '4396')

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 3906-183 | 3906 | 183 | MOORE, OLIVER | 7/15/2016 | 9/6/2016 | 9/6/2016 00:00:00 | 344 | 90138201 | F | | 9/6/2016 00:00:00 | CO03 |
| Closed | 3906-185 | 3906 | 185 | MOORE, OLIVER | 12/2/2016 | 1/24/2017 | 1/24/2017 00:00:00 | 344 | 90138201 | F | | 1/24/2017 00:00:00 | CO03 |
| Closed | 3906-186 | 3906 | 186 | MOORE, OLIVER | 2/14/2017 | 4/5/2017 | 4/5/2017 00:00:00 | 344 | 90138201 | F | | 4/5/2017 00:00:00 | CO03 |
| Closed | 3906-187 | 3906 | 187 | MOORE, OLIVER | 4/25/2017 | 6/14/2017 | 6/14/2017 00:00:00 | 344 | 90138201 | F | | 6/14/2017 00:00:00 | CO03 |
| Closed | 3906-188 | 3906 | 188 | MOORE, OLIVER | 6/30/2017 | 8/17/2017 | 8/17/2017 00:00:00 | 344 | 90138201 | F | | 8/17/2017 00:00:00 | CO03 |
| Closed | 3906-189 | 3906 | 189 | MOORE, OLIVER | 9/4/2017 | 10/21/2017 | 10/23/2017 00:00:00 | 344 | 90138201 | F | | 10/22/2017 00:00:00 | CO03 |
| Closed | 3906-190 | 3906 | 190 | MOORE, OLIVER | 11/10/2017 | 12/29/2017 | 12/29/2017 00:00:00 | 344 | 90138201 | F | | 12/29/2017 00:00:00 | CO03 |
| Closed | 3906-191 | 3906 | 191 | MOORE, OLIVER | 1/22/2018 | 3/12/2018 | 3/12/2018 00:00:00 | 344 | 90138201 | F | | 3/12/2018 00:00:00 | CO03 |
| Closed | 3906-192 | 3906 | 192 | MOORE, OLIVER | 4/23/2018 | 6/11/2018 | 6/11/2018 00:00:00 | 344 | 90138201 | F | | 6/11/2018 00:00:00 | CO03 |
| Closed | 3906-193 | 3906 | 193 | MOORE, OLIVER | 7/3/2018 | 8/20/2018 | 8/20/2018 00:00:00 | 344 | 90138201 | F | | 8/20/2018 00:00:00 | CO03 |
| Closed | 3906-194 | 3906 | 194 | MOORE, OLIVER | 9/7/2018 | 10/24/2018 | 10/24/2018 00:00:00 | 344 | 90138201 | F | | 10/24/2018 00:00:00 | CO03 |
| Closed | 3906-195 | 3906 | 195 | MOORE, OLIVER | 11/27/2018 | 1/14/2019 | 1/14/2019 00:00:00 | 344 | 90138201 | F | | 1/14/2019 00:00:00 | CO03 |
| Closed | 3906-196 | 3906 | 196 | MOORE, OLIVER | 2/4/2019 | 3/21/2019 | 3/22/2019 00:00:00 | 344 | 90138201 | F | | 3/21/2019 00:00:00 | CO03 |
| Closed | 3906-197 | 3906 | 197 | MOORE, OLIVER | 4/22/2019 | 6/7/2019 | 6/7/2019 00:00:00 | 344 | 90138201 | F | | 6/7/2019 00:00:00 | CO03 |
| Closed | 3906-198 | 3906 | 198 | MOORE, OLIVER | 7/1/2019 | 8/15/2019 | 8/16/2019 00:00:00 | 344 | 90138201 | F | 1170 | 8/15/2019 00:00:00 | CO03 |
| Closed | 3906-199 | 3906 | 199 | MOORE, OLIVER | 9/12/2019 | 10/29/2019 | 10/29/2019 00:00:00 | 344 | 90138201 | F | 1170 | 10/29/2019 00:00:00 | CO03 |
| Closed | 3906-200 | 3906 | 200 | MOORE, OLIVER | 12/3/2019 | 1/18/2020 | 1/18/2020 00:00:00 | 344 | 90138201 | F | 1170 | 1/18/2020 00:00:00 | CO03 |
| Closed | 3906-201 | 3906 | 201 | MOORE, OLIVER | 2/7/2020 | 3/26/2020 | 3/26/2020 00:00:00 | 344 | 90138201 | F | 581 | 3/26/2020 00:00:00 | CO03 |
| Closed | 3906-202 | 3906 | 202 | MOORE, OLIVER | 4/24/2020 | 6/11/2020 | 6/11/2020 00:00:00 | 344 | 90138201 | F | 1170 | 6/11/2020 00:00:00 | CO03 |
| Closed | 3906-203 | 3906 | 203 | MOORE, OLIVER | 7/2/2020 | 8/18/2020 | 8/18/2020 00:00:00 | 344 | 90138201 | F | 1170 | 8/18/2020 00:00:00 | CO03 |
| Closed | 3906-204 | 3906 | 204 | MOORE, OLIVER | 9/15/2020 | 10/30/2020 | 11/2/2020 00:00:00 | 344 | 90138201 | F | 1170 | 10/31/2020 00:00:00 | CO03 |
| Closed | 3906-205 | 3906 | 205 | MOORE, OLIVER | 12/8/2020 | 1/27/2021 | 1/27/2021 00:00:00 | 344 | 90138201 | F | 1174 | 1/27/2021 00:00:00 | CO03 |
| Closed | 3906-206 | 3906 | 206 | MOORE, OLIVER | 3/8/2021 | 4/22/2021 | 4/23/2021 00:00:00 | 344 | 90138201 | F | 1174 | 4/23/2021 00:00:00 | CO03 |
| Closed | 3906-207 | 3906 | 207 | MOORE, OLIVER | 6/1/2021 | 7/21/2021 | 7/21/2021 00:00:00 | 344 | 90138201 | F | 1174 | 7/21/2021 00:00:00 | CO03 |

Contains([GRN], 'f') And Contains([Farm No], '3906')

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1878 | | | | | | | | f | | | | |
| Closed | 1878-225 | 1878 | 225 | FARROW, RICHARD | 3/22/2016 | 5/11/2016 | 5/12/2016 00:00:00 | 344 | 90138201 | F | | 5/11/2016 00:00:00 | CO03 | ... |
| Closed | 1878-228 | 1878 | 228 | FARROW, RICHARD | 9/27/2016 | 11/16/2016 | 11/16/2016 00:00:00 | 344 | 90138201 | F | | 11/16/2016 00:00:00 | CO03 | ... |
| Closed | 1878-229 | 1878 | 229 | FARROW, RICHARD | 12/8/2016 | 1/26/2017 | 1/27/2017 00:00:00 | 344 | 90138201 | F | | 1/26/2017 00:00:00 | CO03 | ... |
| Closed | 1878-230 | 1878 | 230 | FARROW, RICHARD | 2/21/2017 | 4/10/2017 | 4/11/2017 00:00:00 | 344 | 90138201 | F | | 4/10/2017 00:00:00 | CO03 | ... |
| Closed | 1878-231 | 1878 | 231 | FARROW, RICHARD | 5/1/2017 | 6/19/2017 | 6/19/2017 00:00:00 | 344 | 90138201 | F | | 6/19/2017 00:00:00 | CO03 | ... |
| Closed | 1878-232 | 1878 | 232 | FARROW, RICHARD | 7/4/2017 | 8/21/2017 | 8/22/2017 00:00:00 | 344 | 90138201 | F | | 8/21/2017 00:00:00 | CO03 | ... |
| Closed | 1878-233 | 1878 | 233 | FARROW, RICHARD | 9/12/2017 | 10/27/2017 | 10/27/2017 00:00:00 | 344 | 90138201 | F | | 10/27/2017 00:00:00 | CO03 | ... |
| Closed | 1878-234 | 1878 | 234 | FARROW, RICHARD | 11/16/2017 | 1/8/2018 | 1/9/2018 00:00:00 | 344 | 90138201 | F | | 1/8/2018 00:00:00 | CO03 | ... |
| Closed | 1878-235 | 1878 | 235 | FARROW, RICHARD | 1/26/2018 | 3/15/2018 | 3/16/2018 00:00:00 | 344 | 90138201 | F | | 3/15/2018 00:00:00 | CO03 | ... |
| Closed | 1878-236 | 1878 | 236 | FARROW, RICHARD | 4/9/2018 | 5/24/2018 | 5/25/2018 00:00:00 | 344 | 90138201 | F | | 5/24/2018 00:00:00 | CO03 | ... |
| Closed | 1878-237 | 1878 | 237 | FARROW, RICHARD | 6/11/2018 | 7/26/2018 | 7/27/2018 00:00:00 | 344 | 90138201 | F | | 7/26/2018 00:00:00 | CO03 | ... |
| Closed | 1878-238 | 1878 | 238 | FARROW, RICHARD | 8/17/2018 | 10/4/2018 | 10/8/2018 00:00:00 | 344 | 90138201 | F | | 10/5/2018 00:00:00 | CO03 | ... |
| Closed | 1878-239 | 1878 | 239 | FARROW, RICHARD | 11/5/2018 | 12/20/2018 | 12/20/2018 00:00:00 | 344 | 90138201 | F | | 12/20/2018 00:00:00 | CO03 | ... |
| Closed | 1878-240 | 1878 | 240 | FARROW, RICHARD | 1/24/2019 | 3/11/2019 | 3/12/2019 00:00:00 | 344 | 90138201 | F | | 3/11/2019 00:00:00 | CO03 | ... |
| Closed | 1878-241 | 1878 | 241 | FARROW, RICHARD | 4/12/2019 | 5/29/2019 | 5/29/2019 00:00:00 | 344 | 90138201 | F | | 5/29/2019 00:00:00 | CO03 | ... |
| Closed | 1878-242 | 1878 | 242 | FARROW, RICHARD | 6/27/2019 | 8/13/2019 | 8/14/2019 00:00:00 | 344 | 90138201 | F | 581 | ... | 8/13/2019 00:00:00 | CO03 | ... |
| Closed | 1878-243 | 1878 | 243 | FARROW, RICHARD | 9/10/2019 | 10/28/2019 | 10/28/2019 00:00:00 | 344 | 90138201 | F | 581 | ... | 10/28/2019 00:00:00 | CO03 | ... |
| Closed | 1878-244 | 1878 | 244 | FARROW, RICHARD | 12/3/2019 | 1/18/2020 | 1/18/2020 00:00:00 | 344 | 90138201 | F | 581 | ... | 1/18/2020 00:00:00 | CO03 | ... |
| Closed | 1878-245 | 1878 | 245 | FARROW, RICHARD | 2/10/2020 | 3/30/2020 | 3/30/2020 00:00:00 | 344 | 90138201 | F | 581 | ... | 3/30/2020 00:00:00 | CO03 | ... |
| Closed | 1878-246 | 1878 | 246 | FARROW, RICHARD | 4/28/2020 | 6/17/2020 | 6/18/2020 00:00:00 | 344 | 90138201 | F | 581 | ... | 6/18/2020 00:00:00 | CO03 | ... |
| Closed | 1878-247 | 1878 | 247 | FARROW, RICHARD | 7/14/2020 | 9/1/2020 | 9/1/2020 00:00:00 | 344 | 90138201 | F | 581 | ... | 9/1/2020 00:00:00 | CO03 | ... |
| Closed | 1878-248 | 1878 | 248 | FARROW, RICHARD | 10/6/2020 | 11/19/2020 | 11/19/2020 00:00:00 | 344 | 90138201 | F | 581 | ... | 11/19/2020 00:00:00 | CO03 | ... |
| Closed | 1878-249 | 1878 | 249 | FARROW, RICHARD | 12/31/2020 | 2/15/2021 | 2/15/2021 00:00:00 | 344 | 90138201 | F | 581 | ... | 2/15/2021 00:00:00 | CO03 | ... |
| Closed | 1878-250 | 1878 | 250 | FARROW, RICHARD | 3/19/2021 | 5/7/2021 | 5/7/2021 00:00:00 | 344 | 90138201 | F | 581 | ... | 5/7/2021 00:00:00 | CO03 | ... |
| Closed | 1878-251 | 1878 | 251 | FARROW, RICHARD | 6/17/2021 | 8/3/2021 | 8/4/2021 00:00:00 | 344 | 90138201 | F | 581 | ... | 8/4/2021 00:00:00 | CO03 | ... |

Contains([GRN], 'f') And Contains([Farm No], '1878')

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5454 | | | | | | | | | | | |
| Closed | 5454-39 | 5454 | 39 | MADEIROS, TIM | 11/30/1899 | 11/30/1899 | 11/30/1899 00:00:00 | 201 | 91428201 | F | 719 | 11/30/1899 00:00:00 | WNG |
| Closed | 5454-17 | 5454 | 17 | MADEIROS, TIM | 4/18/2017 | 6/7/2017 | 6/7/2017 00:00:00 | 202 | 91428201 | F | | 6/7/2017 00:00:00 | WNG |
| Closed | 5454-18 | 5454 | 18 | MADEIROS, TIM | 7/7/2017 | 8/28/2017 | 8/28/2017 00:00:00 | 202 | 91428201 | F | | 8/28/2017 00:00:00 | WNG |
| Closed | 5454-19 | 5454 | 19 | MADEIROS, TIM | 9/8/2017 | 10/31/2017 | 10/31/2017 00:00:00 | 202 | 91428201 | F | | 10/31/2017 00:00:00 | WNG |
| Closed | 5454-20 | 5454 | 20 | MADEIROS, TIM | 11/17/2017 | 1/10/2018 | 1/10/2018 00:00:00 | 202 | 91428201 | F | | 1/10/2018 00:00:00 | WNG |
| Closed | 5454-21 | 5454 | 21 | MADEIROS, TIM | 1/16/2018 | 3/6/2018 | 3/7/2018 00:00:00 | 202 | 91428201 | F | | 3/6/2018 00:00:00 | WNG |
| Closed | 5454-22 | 5454 | 22 | MADEIROS, TIM | 3/16/2018 | 5/3/2018 | 5/3/2018 00:00:00 | 202 | 91428201 | F | | 5/3/2018 00:00:00 | WNG |
| Closed | 5454-23 | 5454 | 23 | MADEIROS, TIM | 5/28/2018 | 7/17/2018 | 7/18/2018 00:00:00 | 202 | 91428201 | F | | 7/17/2018 00:00:00 | WNG |
| Closed | 5454-24 | 5454 | 24 | MADEIROS, TIM | 7/27/2018 | 9/15/2018 | 9/15/2018 00:00:00 | 202 | 91428201 | F | | 9/15/2018 00:00:00 | WNG |
| Closed | 5454-25 | 5454 | 25 | MADEIROS, TIM | 10/8/2018 | 11/28/2018 | 11/28/2018 00:00:00 | 202 | 91428201 | F | | 11/28/2018 00:00:00 | WNG |
| Closed | 5454-26 | 5454 | 26 | MADEIROS, TIM | 12/20/2018 | 2/8/2019 | 2/8/2019 00:00:00 | 202 | 91428201 | F | | 2/8/2019 00:00:00 | WNG |
| Closed | 5454-27 | 5454 | 27 | MADEIROS, TIM | 2/25/2019 | 4/16/2019 | 4/16/2019 00:00:00 | 202 | 91428201 | F | | 4/16/2019 00:00:00 | WNG |
| Closed | 5454-28 | 5454 | 28 | MADEIROS, TIM | 5/6/2019 | 6/24/2019 | 6/24/2019 00:00:00 | 202 | 91428201 | F | | 6/24/2019 00:00:00 | WNG |
| Closed | 5454-29 | 5454 | 29 | MADEIROS, TIM | 7/16/2019 | 9/3/2019 | 9/3/2019 00:00:00 | 202 | 91428201 | F | 719 | 9/3/2019 00:00:00 | WNG |
| Closed | 5454-30 | 5454 | 30 | MADEIROS, TIM | 9/24/2019 | 11/8/2019 | 11/8/2019 00:00:00 | 202 | 91428201 | F | 719 | 11/8/2019 00:00:00 | WNG |
| Closed | 5454-31 | 5454 | 31 | MADEIROS, TIM | 12/5/2019 | 1/21/2020 | 1/21/2020 00:00:00 | 202 | 91428201 | F | 719 | 1/21/2020 00:00:00 | WNG |
| Closed | 5454-32 | 5454 | 32 | MADEIROS, TIM | 2/11/2020 | 3/27/2020 | 3/27/2020 00:00:00 | 202 | 91428201 | F | 719 | 3/27/2020 00:00:00 | WNG |
| Closed | 5454-33 | 5454 | 33 | MADEIROS, TIM | 4/20/2020 | 6/11/2020 | 6/11/2020 00:00:00 | 201 | 91428201 | F | 719 | 6/11/2020 00:00:00 | WNG |
| Closed | 5454-34 | 5454 | 34 | MADEIROS, TIM | 6/29/2020 | 8/18/2020 | 8/18/2020 00:00:00 | 201 | 91428201 | F | 719 | 8/18/2020 00:00:00 | WNG |
| Closed | 5454-35 | 5454 | 35 | MADEIROS, TIM | 9/4/2020 | 10/23/2020 | 10/23/2020 00:00:00 | 201 | 91428201 | F | 719 | 10/23/2020 00:00:00 | WNG |
| Closed | 5454-36 | 5454 | 36 | MADEIROS, TIM | 11/16/2020 | 1/5/2021 | 1/5/2021 00:00:00 | 201 | 91428201 | F | 719 | 1/5/2021 00:00:00 | WNG |
| Closed | 5454-37 | 5454 | 37 | MADEIROS, TIM | 1/25/2021 | 3/16/2021 | 3/16/2021 00:00:00 | 201 | 91428201 | F | 719 | 3/16/2021 00:00:00 | WNG |
| Closed | 5454-38 | 5454 | 38 | MADEIROS, TIM | 4/5/2021 | 5/25/2021 | 5/25/2021 00:00:00 | 201 | 91428201 | F | 719 | 5/25/2021 00:00:00 | WNG |

Contains([GRN], 'f') And Contains([Farm No], '5454')

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 0845-87 | 0845 | 87 | DOUBLE A FARMS | 1/1/2015 | 2/19/2015 | 2/19/2015 00:00:00 | BROILER | 90138201 | F | | 2/19/2015 00:00:00 | CO03 | ... |
| Closed | 0845-94 | 0845 | 94 | DOUBLE A FARMS | 2/29/2016 | 4/18/2016 | 4/18/2016 00:00:00 | 344 | 90138201 | F | | 4/18/2016 00:00:00 | CO03 | ... |
| Closed | 0845-96 | 0845 | 96 | DOUBLE A FARMS | 7/4/2016 | 8/23/2016 | 8/23/2016 00:00:00 | 344 | 90138201 | F | | 8/23/2016 00:00:00 | CO03 | ... |
| Closed | 0845-97 | 0845 | 97 | DOUBLE A FARMS | 9/6/2016 | 10/27/2016 | 10/27/2016 00:00:00 | 344 | 90138201 | F | | 10/27/2016 00:00:00 | CO03 | ... |
| Closed | 0845-98 | 0845 | 98 | DOUBLE A FARMS | 11/17/2016 | 1/5/2017 | 1/5/2017 00:00:00 | 344 | 90138201 | F | | 1/5/2017 00:00:00 | CO03 | ... |
| Closed | 0845-99 | 0845 | 99 | DOUBLE A FARMS | 1/23/2017 | 3/14/2017 | 3/14/2017 00:00:00 | 344 | 90138201 | F | | 3/14/2017 00:00:00 | CO03 | ... |
| Closed | 0845-100 | 0845 | 100 | DOUBLE A FARMS | 4/3/2017 | 5/23/2017 | 5/23/2017 00:00:00 | 344 | 90138201 | F | | 5/23/2017 00:00:00 | CO03 | ... |
| Closed | 0845-101 | 0845 | 101 | DOUBLE A FARMS | 6/8/2017 | 7/25/2017 | 7/26/2017 00:00:00 | 344 | 90138201 | F | | 7/25/2017 00:00:00 | CO03 | ... |
| Closed | 0845-102 | 0845 | 102 | DOUBLE A FARMS | 8/18/2017 | 10/4/2017 | 10/5/2017 00:00:00 | 344 | 90138201 | F | | 10/4/2017 00:00:00 | CO03 | ... |
| Closed | 0845-103 | 0845 | 103 | DOUBLE A FARMS | 10/27/2017 | 12/14/2017 | 12/14/2017 00:00:00 | 344 | 90138201 | F | | 12/14/2017 00:00:00 | CO03 | ... |
| Closed | 0845-104 | 0845 | 104 | DOUBLE A FARMS | 1/4/2018 | 2/21/2018 | 2/21/2018 00:00:00 | 344 | 90138201 | F | | 2/21/2018 00:00:00 | CO03 | ... |
| Closed | 0845-105 | 0845 | 105 | DOUBLE A FARMS | 3/23/2018 | 5/8/2018 | 5/8/2018 00:00:00 | 344 | 90138201 | F | | 5/8/2018 00:00:00 | CO03 | ... |
| Closed | 0845-106 | 0845 | 106 | DOUBLE A FARMS | 5/25/2018 | 7/11/2018 | 7/11/2018 00:00:00 | 344 | 90138201 | F | | 7/11/2018 00:00:00 | CO03 | ... |
| Closed | 0845-107 | 0845 | 107 | DOUBLE A FARMS | 7/26/2018 | 9/12/2018 | 9/12/2018 00:00:00 | 344 | 90138201 | F | | 9/12/2018 00:00:00 | CO03 | ... |
| Closed | 0845-108 | 0845 | 108 | DOUBLE A FARMS | 10/9/2018 | 11/26/2018 | 11/26/2018 00:00:00 | 344 | 90138201 | F | | 11/26/2018 00:00:00 | CO03 | ... |
| Closed | 0845-109 | 0845 | 109 | DOUBLE A FARMS | 12/24/2018 | 2/7/2019 | 2/7/2019 00:00:00 | 344 | 90138201 | F | | 2/7/2019 00:00:00 | CO03 | ... |
| Closed | 0845-110 | 0845 | 110 | DOUBLE A FARMS | 3/11/2019 | 4/30/2019 | 4/30/2019 00:00:00 | 344 | 90138201 | F | | 4/30/2019 00:00:00 | CO03 | ... |
| Closed | 0845-111 | 0845 | 111 | DOUBLE A FARMS | 5/27/2019 | 7/11/2019 | 7/11/2019 00:00:00 | 344 | 90138201 | F | | 7/11/2019 00:00:00 | CO03 | ... |
| Closed | 0845-112 | 0845 | 112 | DOUBLE A FARMS | 8/6/2019 | 9/20/2019 | 9/20/2019 00:00:00 | 344 | 90138201 | F | 536 | 9/20/2019 00:00:00 | CO03 | ... |
| Closed | 0845-113 | 0845 | 113 | DOUBLE A FARMS | 10/28/2019 | 12/11/2019 | 12/11/2019 00:00:00 | 344 | 90138201 | F | 536 | 12/11/2019 00:00:00 | CO03 | ... |
| Closed | 0845-114 | 0845 | 114 | DOUBLE A FARMS | 1/6/2020 | 2/22/2020 | 2/22/2020 00:00:00 | 344 | 90138201 | F | 536 | 2/22/2020 00:00:00 | CO03 | ... |
| Closed | 0845-115 | 0845 | 115 | DOUBLE A FARMS | 3/23/2020 | 5/8/2020 | 5/8/2020 00:00:00 | 344 | 90138201 | F | 537 | 5/8/2020 00:00:00 | CO03 | ... |
| Closed | 0845-116 | 0845 | 116 | DOUBLE A FARMS | 6/1/2020 | 7/20/2020 | 7/20/2020 00:00:00 | 344 | 90138201 | F | 537 | 7/20/2020 00:00:00 | CO03 | ... |
| Closed | 0845-117 | 0845 | 117 | DOUBLE A FARMS | 8/11/2020 | 9/29/2020 | 9/29/2020 00:00:00 | 344 | 90138201 | F | 537 | 9/29/2020 00:00:00 | CO03 | ... |
| Closed | 0845-118 | 0845 | 118 | DOUBLE A FARMS | 11/10/2020 | 12/23/2020 | 12/23/2020 00:00:00 | 344 | 90138201 | F | 537 | 12/23/2020 00:00:00 | CO03 | ... |
| Closed | 0845-119 | 0845 | 119 | DOUBLE A FARMS | 1/29/2021 | 3/17/2021 | 3/17/2021 00:00:00 | 344 | 90138201 | F | 537 | 3/17/2021 00:00:00 | CO03 | ... |
| Closed | 0845-120 | 0845 | 120 | DOUBLE A FARMS | 4/13/2021 | 6/2/2021 | 6/2/2021 00:00:00 | 344 | 90138201 | F | 537 | 6/2/2021 00:00:00 | CO03 | ... |
| Closed | 0845-121 | 0845 | 121 | DOUBLE A FARMS | 7/12/2021 | 8/27/2021 | 8/27/2021 00:00:00 | 344 | 90138201 | F | 537 | 8/27/2021 00:00:00 | CO03 | ... |

× ☑ Contains([GRN], 'f') And Contains([Farm No], '0845') ▾

| Status | Complex Entity No | Farm No | Entity No | Farm Name | First Date Pla... | First Date ... | Last Date Sold | Product No | Growout No | GRN | Tech Advis... | Avg Date Sold | Feed Mill No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2345 | | | | | | | | | | | |
| Closed | 2345-9 | 2345 | 9 | CHERPUT FARM | 11/30/1899 | 11/30/1899 | 11/30/1899 00:00:00 | 357 | 90148201 | F | 385 | ... 11/30/1899 00:00:00 | CA07 ... |
| Closed | 2345-1 | 2345 | 1 | CHERPUT FARM | 5/19/2020 | 7/16/2020 | 7/16/2020 00:00:00 | 357 | 90148201 | F | 373 | ... 7/16/2020 00:00:00 | CA07 ... |
| Closed | 2345-2 | 2345 | 2 | CHERPUT FARM | 8/10/2020 | 10/8/2020 | 10/9/2020 00:00:00 | 357 | 90148201 | F | 373 | ... 10/9/2020 00:00:00 | CA07 ... |
| Closed | 2345-3 | 2345 | 3 | CHERPUT FARM | 11/5/2020 | 1/2/2021 | 1/4/2021 00:00:00 | 357 | 90148201 | F | 373 | ... 1/4/2021 00:00:00 | CA07 ... |
| Closed | 2345-4 | 2345 | 4 | CHERPUT FARM | 1/28/2021 | 3/30/2021 | 3/31/2021 00:00:00 | 357 | 90148201 | F | 373 | ... 3/30/2021 00:00:00 | CA07 ... |
| Closed | 2345-5 | 2345 | 5 | CHERPUT FARM | 4/20/2021 | 6/21/2021 | 6/23/2021 00:00:00 | 357 | 90148201 | F | 373 | ... 6/22/2021 00:00:00 | CA07 ... |
| Closed | 2345-6 | 2345 | 6 | CHERPUT FARM | 7/8/2021 | 9/9/2021 | 9/10/2021 00:00:00 | 357 | 90148201 | F | 373 | ... 9/9/2021 00:00:00 | CA07 ... |
| Closed | 2345-7 | 2345 | 7 | CHERPUT FARM | 9/28/2021 | 11/29/2021 | 11/30/2021 00:00:00 | 357 | 90148201 | F | 373 | ... 11/29/2021 00:00:00 | CA07 ... |
| Closed | 2345-8 | 2345 | 8 | CHERPUT FARM | 12/27/2021 | 2/24/2022 | 2/24/2022 00:00:00 | 357 | 90148201 | F | 373 | ... 2/24/2022 00:00:00 | CA07 ... |

x Contains([GRN], 'f') And Contains([Farm No], '2345')