# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

LESSIE ANDERSON, BURNICE CRETCHER: :
BRENDA GETER, BRENDA HARRIS, LISA :
LISA HILLMAN-JACKSON, DEXTER :
JACKSON, ELLA LYONS, MATTIE :
MEADOWS, DARLETTA WHITE, WANDA :
COLEY, WILLIE FORD and DIANN :
FREEMAN, on behalf of themselves and others :
similarly situated. :
               Plaintiffs, :
v. :   1:00-CV-166-2 (WLS)
 :
CAGLE'S, INC., and CAGLE FOODS J.V., :
L.L.C., :
 :
               Defendants. :

## ORDER

Currently before the Court is Defendant Cagle's, Inc.'s Motion To Dismiss Certain Plaintiffs. (Doc. No. 114). Pursuant to Fed. R. Civ. P. 12(b)(6), Cagle's, Inc., (hereinafter "Cagle's") moves to dismiss those fifty-six (56) opt-in Plaintiffs claims which are barred by the statute of limitations because their employment ended more than three (3) years prior to the date they joined this lawsuit. (Def.'s Mot. To Dism., Appendix A). Having been read and considered and without objection by Plaintiffs (Pls.' Resp. To Def.'s Mot. To Dismiss, Doc. No 119), the Court finds that said motion (**Doc. No. 114**) should be, and hereby is, **GRANTED**. Accordingly, *the fifty-six (56) Plaintiffs identified in Defendant Cagle's, Inc.'s Motion To Dismiss Certain Plaintiffs, Doc. No. 114, Appendix A*, should be, and hereby are, **DISMISSED** with prejudice.

SO ORDERED, this ___17th___ day of July, 2003.

                                 W. LOUIS SANDS, CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT

ENTERED ON DOCKET
7-18, 20 03
Gregory J. Leonard, Clerk
Deputy Clerk

132

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
Middle District of Georgia

IN THE MATTER OF                                    No. 1:00-cv-00166

Anderson - plaintiff

v.

Cagles, Inc. - defendant

Doc. ID No.:        132

---

### CERTIFICATE OF SERVICE

This is to certify that I have on this date mailed a copy of the attached document to:

> David Sanford, Esq.
> 7 Dupont Circle, N.W.
> Suite 200
> Washington, DC  20036
>
> Timothy B. Fleming, Esq.
> 7 Dupont Circle, N.W.
> Suite 200
> Washington, DC  20036
>
> Jessica S. Caspe, Esq.
> 7 Dupont Circle, N.W.
> Suite 200
> Washington, DC  20036
>
> Grant Morris, Esq.
> 7 Dupont Circle, N.W.
> Suite 250
> Washington, DC  20036
>
> Donald A. Sweat, Esq.
> P.O. Box 71788
> Albany, GA  31707
>
> Ann K. Wiggins, Esq.
> 1400 Southtrust Tower
> Birmingham, AL  35203
>
> Russell W. Adams, Esq.
> 1400 Southtrust Tower
> Birmingham, AL  35203

James W. Wimberly Jr., Esq.
3400 Peachtree Road, N.E.
Suite 400, Lenox Towers
Atlanta, GA  30326

Martin H. Steckel, Esq.
3400 Peachtree Road, N.E.
Suite 400, Lenox Towers
Atlanta, GA  30326

James Larry Stine, Esq.
3400 Peachtree Road, N.E.
Suite 400, Lenox Towers
Atlanta, GA  30326

Elizabeth K. Dorminey, Esq.
3400 Peachtree Road, N.E.
Suite 400, Lenox Towers
Atlanta, GA  30326

Gary D. Fry, Esq.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA  19103-7393

Paul R. Fitzmaurice, Esq.
1650 Market Street
32nd Floor, One Liberty Place
Philadelphia, PA  19103-7393

Howard A. Rosenthal, Esq.
1650 Market Street
32nd Floor
Philadelphia, PA  19103

Malcolm S. Gould, Esq.
1650 Market Street
32nd Floor, One Liberty Place
Philadelphia, PA  19103-7393

L. Penn Spell Jr., Esq.
1170 Peachtree Street, N.E.
Suite 1750, The Proscenium
Atlanta, GA  30309-7675

Herman N. Johnson Jr., Esq.
1400 SouthTrust Tower
Birmingham, AL  35203


Dated: July 18, 2003


Gregory J. Leonard, CLERK
By

00-166

## APPENDIX A

1. Jacqueline Adkins 2067
2. Tina Albritton
3. Nadia Alford
4. Julie Lee Bailey
5. John Bell X 2
6. Leroy Benton
7. Ruby Bledsoe
8. Pedro Ramos Caraballo
9. Joseph Carter
10. Pamela Crane
11. Mark Curtis
12. Alfreida Dean
13. Alton Dennis
14. DeShawn Fortson
15. Consuela Fuller
16. Lamarvia A. Gordon
17. Latasha A. Green
18. Clarice T. Haynes
19. Jenora Harris
20. Latonia Harris
21. Molly Harris
22. Sandra Hill
23. Sara Hill
24. Loretta Hollis
25. Nikisha S. Howard
26. Nancy Ann Ivory
27. Patricia Jackson X 2
28. Tracy Lance
29. Nadraia S. Lockett
30. Craig Lowe
31. Harold Lyons
32. Amy Victoria Martin
33. Gladys Matthews
34. Tracy McClinton
35. Leslie Erin McElroy
36. Kimberly M. Miles
37. Marilyn McKinney
38. Harold Miller
39. Jermaine L. Miller
40. Karyl Miller
41. Larry Miller
42. Arthur Lee Morgan
43. Touche Parker
44. Sharonda Pitts
45. Bobby L. Rainey, Jr.
46. Josephine Reese
47. Susie M. Richardson
48. Leslie Robinson
49. Princeton Ross
50. Larry Rush
51. Betty King Sanford
52. Reginald T. Scott
53. Michael Smith
54. Paula J. Snow
55. Barbara Thomas — X 2
56. Jacqueline Wright

*Per order #132 deleted editor through*

*Scott to Restore*

400  
38 21

6