**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704-342-2588
Facsimile: 704-342-4379
www.ogletree.com

Margaret E. Santen
(704) 405-3119
maggie.santen@ogletree.com

November 11, 2025

The Honorable J. Mark Coulson
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE: Barbara Tripp, et al., v. Perdue Foods LLC, Civil Action No. 1:24-cv-00987-JMC

Dear Magistrate Judge Coulson:

In accordance with the Court's Memorandum Concerning Discovery issued on April 22, 2025 (D.E. 73), the parties hereby advise the Court that they would like the Court's assistance in resolving a discovery dispute related to Plaintiff's written discovery responses and production of documents. The parties confirm that they have attempted to resolve these matters on their own, including through letters, emails, and videoconferences in accordance with Local Rule 104.7 and the Court's Memorandum Concerning Discovery. Because several members of counsel for Plaintiff's team have trial commitments in another matter, the parties have agreed to file and serve succinct letters (not to exceed three pages, single spaced) summarizing their respective positions on the aforementioned discovery dispute within seventy-two (72) hours of submitting this letter. (*Id.*) The parties will also email their respective letters to chambers.

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro
Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal
Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR
Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.

Sincerely,

*[signature]*

Margaret E. Santen

Attorney for Defendant

*Robert R. Niccolini (with permission)*
Robert R. Niccolini

Attorney for Defendant


*/s/ Amanda Vaughn (with permission)*
Amanda Vaughn

Attorney for Plaintiffs


*Michael Goldberg (with permission)*
Michael Goldberg

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| Jamie Crooks<br>Michael Lieberman<br>Amanda R. Vaughn<br>FAIRMARK PARTNERS, LLP<br>1001 G Street, NW<br>Suite 400 East<br>Washington, DC 20001<br>(617) 721-3587<br>jamie@fairmarklaw.com<br>michael@fairmarklaw.com<br>amanda@fairmarklaw.com | Gregg Cohen Greenberg<br>Robert W.T. Tucci<br>ZIPIN, AMSTER & GREENBERG, LLC<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910<br>(301) 587-9373<br>ggreenberg@zagfirm.com<br>rtucci@zagfirm.com | Charles Gerstein<br>GERSTEIN HARROW LLP<br>1001 G Street NW<br>Suite 400 East<br>Washington, DC 20001<br>(202) 670-4809<br>charlie@gerstein-harrow.com<br><br>*Counsel for Plaintiff* |
|---|---|---|

*/s/ Maggie E. Santen*
Margaret E. Santen

*Counsel for Defendant*